UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　　　Jason C Smith<br><br>　　　　　　　　Debtor(s) | Case No. 14 B 23202 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　　　1)　The case was filed on 06/23/2014.

　　　　2)　The plan was confirmed on 09/15/2014.

　　　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2014.

　　　　5)　The case was Dismissed on 12/15/2014.

　　　　6)　Number of months from filing to last payment: 2.

　　　　7)　Number of months case was pending: 8.

　　　　8)　Total value of assets abandoned by court order:  NA .

　　　　9)　Total value of assets exempted:  NA .

　　　　10) Amount of unsecured claims discharged without payment: $0.00.

　　　　11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $410.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$410.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $304.98 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $15.02 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$320.00** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONRENTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AARONRENTS | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| Acc Consumer Finance L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Acc Consumer Finance L | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Allied Coll | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Svcs | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Svcs | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Svcs | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Svcs | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Svcs | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Svcs | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 223.90 | 223.90 | 0.00 | 0.00 |
| Atg Credit | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Berwyn Police Dept | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cb Accts Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cbe Group | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| City Of Berwyn | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 4,700.00 | 5,632.00 | 5,632.00 | 0.00 | 0.00 |
| Cmre Financial Svcs | Unsecured | 1,041.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,500.00 | 437.38 | 437.38 | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 20,431.00 | 21,492.26 | 21,492.26 | 0.00 | 0.00 |
| Devry Inc | Unsecured | NA | 4,467.47 | 4,467.47 | 0.00 | 0.00 |
| Diversified Consulta | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 20,580.00 | 20,709.28 | 20,709.28 | 0.00 | 0.00 |
| Enhanced Recovery Co | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| Fox River Resort | Secured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris Ltd | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 4,016.00 | 4,016.48 | 4,016.48 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IL Dept Of Healthcare & Family Services | Priority | 0.00 | 5,109.80 | 5,109.80 | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 4,916.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 6,500.00 | 6,279.50 | 6,279.50 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| Northeast Legal Grou | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Oneclickcash.com | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 400.00 | 279.04 | 279.04 | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Stanisccontr | Unsecured | 1,189.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 972.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| The Laramar Group | Unsecured | 904.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Srv | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Srv | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| United Auto Credit Co | Secured | 4,419.00 | 0.00 | 4,419.00 | 90.00 | 0.00 |
| Us Dept Ed | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| Village Of Bellwood | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| West Bay Acquisitions | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,419.00 | $90.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,419.00** | **$90.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $5,109.80 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,109.80** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$63,537.31** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $320.00 |
| Disbursements to Creditors | $90.00 |
| **TOTAL DISBURSEMENTS** : | **$410.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/17/2015                    By: /s/ Marilyn O. Marshall
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**